**Order entered April 20, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00214-CV

## CRAIG STEVEN MACKENZIE, Appellant

## V.

## FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND FEDERATED NATIONAL INSURANCE COMPANY, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11384**

### ORDER

The clerk's record is overdue. The Court granted an extension to file the reporter's record to May 20, 2020. Before the Court is appellant's April 17, 2020 motion requesting this Court order that the clerk's and reporter's records be filed without payment. Because appellant has filed a statement of inability to pay court costs with the trial court and it appears no contest has been filed, we **ORDER** the clerk's and reporter's records be filed without payment of costs. *See* Tex. R. Civ.

P. 145(a). We **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record by **April 28, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre; Terri Etekochay, Deputy Official Reporter; and, all parties.

/s/     BILL WHITEHILL
JUSTICE